STATE OF NEW YORK   )
                    :SS.:
COUNTY OF NEW YORK  )

RICH GAGE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in BROOKLYN, NEW YORK.

On the 8th day of July, 2008, I served the within **NOTICE OF INITIAL PRETRIAL CONFERENCE and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Empire Interior Systems, Inc.
      190 Oval Drive
      Islandia, NY 11788

                                                    _____
                                                    RICH GAGE

Sworn to before me this
8th day of July, 2008

_____
NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20_10_