```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF     :
CARPENTERS PENSION FUND, NEW YORK CITY    :
DISTRICT COUNCIL OF CARPENTERS WELFARE    :
FUND, NEW YORK CITY DISTRICT COUNCIL OF   :   08 Civ. 4844 (DLC)
CARPENTERS VACATION FUND, NEW YORK CITY   :
DISTRICT COUNCIL OF CARPENTERS ANNUITY    :           ORDER
FUND, NEW YORK CITY DISTRICT COUNCIL OF   :
CARPENTERS APPRENTICESHIP, JOURNEYMAN     :
RETRAINING, EDUCATIONAL AND INDUSTRY      :
FUND, NEW YORK CITY DISTRICT COUNCIL OF   :
CARPENTERS CHARITY FUND, UNITED           :
BROTHERHOOD OF CARPENTERS AND JOINERS     :
OF AMERICA FUND and THE NEW YORK CITY     :
AND VICINITY CARPENTERS LABOR-            :
MANAGEMENT CORPORATION, by MICHAEL J.     :
FORDE, as EXECUTIVE SECRETARY-            :
TREASURER, DISTRICT COUNCIL FOR NEW       :
YORK CITY AND VICINITY, UNITED            :
BROTHERHOOD OF CARPENTERS AND JOINERS     :
OF AMERICA,                               :
                                          :
                    Plaintiffs,           :
                                          :
          -against-                       :
                                          :
EMPIRE INTERIOR SYSTEMS, INC.             :
                                          :
                    Defendant.            :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

DENISE COTE, District Judge:

Plaintiffs filed on May 23, 2008, a complaint seeking confirmation and enforcement of an arbitration award. Service of the summons and complaint was made on the defendant on May 29. The defendant has not answered the complaint.

On July 21, the plaintiffs submitted a proposed order to show cause for a default judgment. Confirmation proceedings for

arbitration awards should be treated as akin to a motion for summary judgment based on the movant's submissions." D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby

ORDERED that petitioners shall submit any additional materials with which they intend to support their petition for confirmation by **August 1, 2008**.

IT IS FURTHER ORDERED that respondents' opposition, if any, is due on **August 22**.

IT IS FURTHER ORDERED that petitioners' reply, if any, is due **August 29**.

IT IS FURTHER ORDERED that at the time the reply is served, the plaintiffs shall submit two courtesy copies of all motion papers, marked as such, to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         July 21, 2008

*[signature]*
DENISE COTE
United States District Judge