UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA FUND and THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-MANAGEMENT
CORPORATION, by MICHAEL J. FORDE and PAUL
O'BRIEN, as TRUSTEES, and MICHAEL J. FORDE, as
EXECUTIVE SECRETARY-TREASURER, DISTRICT
COUNCIL FOR NEW YORK CITY AND VICINITY,
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

                        Plaintiffs,

           -against-

EMPIRE INTERIOR SYSTEMS, INC.,

                        Defendant.
------------------------------------------------------------------X

08 CV 4844 (DLC)
ECF CASE

**ORDER TO SHOW CAUSE**
**FOR DEFAULT**
**JUDGMENT AND ORDER**

[Handwritten: Denied per 7/21/08 Order converting application to a summary judgment motion. /s/ Denise Cote, July 21, 2008]

UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 21st day of July, 2008

and all of the proceedings had herein, let Defendant Empire Interior Systems, Inc. appear before

Judge Denise L. Cote at this Federal Courthouse, Courtroom 11-B, located at 500 Pearl Street,

New York, NY, 10007 on the _____ day of _____, 2008 at _____ o'clock in the

forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause

why a Default Judgment and Order should not be entered against Empire Interior Systems, Inc.

and in favor of plaintiffs, confirming an arbitration award dated April 27, 2008 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before _____ P.M. on the \_\_\_\_ day of _____, 2008 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before _____ 2008; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
_____, 2008

                                              Honorable Denise L. Cote
                                              United States District Judge