```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF    :
CARPENTERS PENSION FUND, NEW YORK CITY   :
DISTRICT COUNCIL OF CARPENTERS WELFARE   :
FUND, NEW YORK CITY DISTRICT COUNCIL OF  :   08 Civ. 4844 (DLC)
CARPENTERS VACATION FUND, NEW YORK CITY  :
DISTRICT COUNCIL OF CARPENTERS ANNUITY   :        ORDER
FUND, NEW YORK CITY DISTRICT COUNCIL OF  :
CARPENTERS APPRENTICESHIP, JOURNEYMAN    :
RETRAINING, EDUCATIONAL AND INDUSTRY     :
FUND, NEW YORK CITY DISTRICT COUNCIL OF  :
CARPENTERS CHARITY FUND, UNITED          :
BROTHERHOOD OF CARPENTERS AND JOINERS    :
OF AMERICA FUND and THE NEW YORK CITY    :
AND VICINITY CARPENTERS LABOR-           :
MANAGEMENT CORPORATION, by MICHAEL J.    :
FORDE, as EXECUTIVE SECRETARY-           :
TREASURER, DISTRICT COUNCIL FOR NEW      :
YORK CITY AND VICINITY, UNITED           :
BROTHERHOOD OF CARPENTERS AND JOINERS    :
OF AMERICA,                              :
                        Plaintiffs,      :
                                         :
             -against-                   :
                                         :
EMPIRE INTERIOR SYSTEMS, INC.            :
                        Defendant.       :
----------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the initial pretrial conference in this action, scheduled for August 1, 2008, is adjourned <u>sine die</u>.

SO ORDERED:

Dated:   New York, New York
         July 21, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge